BEFORE JUDGE DENIS R. HURLEY:

CIVIL CAUSE ON TRIAL

DATE: FEBRUARY 13, 2006              AT: 9:30 - 12:00   1:00-2:30

DOCKET NUMBER:   CV-02-2545

TITLE:   GARRY LA BARBERA, ET. AL.  V.  SOIL MECHANICS TESTING CORP. AND SOIL MECHANICS DRILLING CORP.

APPEARANCES:  FOR PLAINTIFF:    ELIZABETH O'LEARY AND BRUCE LEVINE

FOR DEFENDANTS   GERALD DANDENEAU AND LAWRENCE MONAT

- X   CASE CALLED FOR BENCH TRIAL.
- X   COUNSEL FOR ALL SIDES PRESENT.
- ___ COUNSEL FOR _____ NOT PRESENT.
- X   TRIAL ORDERED AND BEGUN.  PLAINTIFF OPENS.  DEFENDANT OPENS.
- ___ TRIAL RESUMED.
- X   THE FOLLOWING RULINGS WERE MADE:

PLAINTIFF WITNESS : VINCENT NANTISTA SWORN AND TESTIFIES.

STIPULATION OF SETTLEMENT PLACED ON THE RECORD AND SO ORDERED BY THE COURT.

THE CASE IS DISMISSED WITHOUT PREJUDICE TO REOPEN SHOULD SETTLEMENT NOT BE CONSUMMATED.   A FINAL ORDER OF DISMISSAL SHALL BE FILED  BY APRIL 1, 2006.